# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** March 15, 2024

**CASE OF:**   IN RE: AMENDMENTS TO FLORIDA FAMILY LAW RULES OF PROCEDURE - FORMS 12.900(H) AND 12.928

**DOCKET NO.:** SC2024-0072

**OPINION FILED:** February 22, 2024

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 11, line 1, (U) was deleted before "termination of parental rights pursuant to Chapter 39, Florida Statutes."
On p. 11, line 2, (V) was changed to (U).
On p. 11, line 4, (W) was changed to (V).
On p. 11, line 6, (X) was changed to (W).
On p. 11, line 8, (Y) was changed to (X).

**SIGNED:  OPINION CLERK**